IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-172-F-6

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| RONALD DEVON PEGUES, | ) | |
| Defendant. | ) | |

Before the court is the unopposed motion [DE 413] of defendant Ronald Devon Pegues for leave to adopt co-defendant Antoine Dewayne Myles' motion [DE 394] to suppress. For good cause shown, Defendant's motion is ALLOWED.

SO ORDERED.

This the 11th day of March, 2016.

JAMES C. FOX
Senior United States District Judge