IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-172-BO-6

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| RONALD DEVON PEGUES | ) | |

This cause comes before the Court on defendant Pegues' motion to sever pursuant to Rule 14 of the Federal Rules of Criminal Procedure. With the concurrence of the government that the severance of Pegues from his co-defendants for trial is proper, the motion [DE 804] is ALLOWED. *See Zafiro v. United States*, 506 U.S. 534, 539 (1993) (where defendants have been properly joined, severance should be granted only where there is a risk that joint trial would prejudice trial right of co-defendant or prevent jury from making reliable judgment regarding guilt or innocence). Pegues' arraignment and jury trial shall commence Monday June 12, 2017, at 10:00 a.m. at Elizabeth City, North Carolina.

SO ORDERED, this 10 day of May, 2017.

Terrence Boyle
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE