# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | NORTH CAROLINA |

UNITED STATES OF AMERICA

V.

Ronald Devon Pegues

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 5:15-CR-172-6BO

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

| Terrence W. Boyle | US District Judge |
| Name of Judge | Title of Judge |

6/14/2017
Date